UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNADETTE KIMBROUGH,

    Plaintiff,

    v.

CHARTWELLS/COMPASS GROUP
USA INC. ET AL.,

    Defendants.

_____/

Case 17-cv-10751

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
R. STEVEN WHALEN

## <u>ORDER DISMISSING AS MOOT DEFENDANT PATRICIA GUCK'S AND INDIVIDUALLY NAMED DEFENDANTS' MOTION TO DISMISS COMPLAINT [30]</u>

On February 23, 2018, Defendant Patricia Guck moved to dismiss Plaintiff Bernadette Kimbrough's Complaint as to her and the other individually named Defendants. *See* Dkt. No. 30. The other individually named Defendants are Debbie, Stacey, and Kate (and their last names are unknown to the parties).

Yet on April 19, 2018, Plaintiff and the aforementioned Defendants jointly stipulated to the dismissal of claims against these Defendants with prejudice. *See* Dkt. No. 33. Compass Group USA Inc., then, is the only Defendant left in the action.

Accordingly, the Court will DISMISS as MOOT Patricia Guck's and the individually named Defendants' Motion to Dismiss the Complaint [30].

IT IS SO ORDERED.

Dated:  April 25, 2018                      /s/Gershwin A. Drain
                                            GERSHWIN A. DRAIN
                                            United States District Judge


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 25, 2018, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk