# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| BERNADETTE KIMBROUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  2:17-cv-10751-GAD- |
| | ) | RSW |
| CHARTWELLS/ COMPASS | ) | |
| GROUP  USA, INC., *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Joint Stipulation of Dismissal *With* Prejudice  agreed upon between the parties.  After full and complete consideration, the Court dismisses all claims in this action, with prejudice, against Defendant COMPASS GROUP USA, INC. that each party will bear her or its own costs and attorneys' fees.

It is SO ORDERED THIS 10th DAY OF September, 2018.

s/Gershwin A. Drain
The Honorable Gershwin A. Drain
United States District Judge